MELINDA HAAG
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAJIB PRADHAN, | ) No. C 10-3367 DMR |
|        Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| JANET NAPOLITANO, Secretary of Homeland Security, et al., | ) |
|        Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate to dismissal of the above captioned action pursuant to Fed. R. Civ. P. 41(a), Defendants having approved Plaintiff's application for adjustment of status. Each party to bear its own costs and fees, and no attorneys' fees or costs under the Equal Access to Justice Act,

///

///

///

///

Stipulation to Dismiss
C10-3367 DMR

1 | or any other provision of law, will be sought in the above-captioned matter.

2 | Date: August 19, 2010                               Respectfully submitted,

3 |                                                                  MELINDA HAAG
                                                                      United States Attorney
4 |

5 |                                                                  _____/s/_____
                                                                      ILA C. DEISS[1]
6 |                                                                  Assistant United States Attorney
                                                                      Attorneys for Defendants
7 |

8 |
                                                                      _____/s/_____
9 | Date: August 20, 2010                               THEODORE ROETHKE
                                                                      Attorney for Plaintiff
10 |

11 |                                              **ORDER**

12 |        Pursuant to stipulation, IT IS SO ORDERED.

13 | Date: Aug. 24, 2010
14 |                                                                  _____
                                                                      DONNA M. RYU
                                                                      United States Magistrate Judge
15 |

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C10-3367 DMR                                                    2